FILED
1/22/18 10:50 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Logan Robert Nale<br>    Debtor(s) | |
| Quicken Loans Inc.,<br>    Movant<br>  v.<br>Logan Robert Nale<br>    Respondent(s)<br>  and<br>Rosemary C. Crawford, Trustee<br>    Additional Respondent | BK. NO. 17-24089 TPA<br><br>CHAPTER 7<br>Related to Docket #___16____ |

### ORDER MODIFYING SECTION 362 AUTOMATIC STAY

  AND NOW, this 22nd day of January, 2018, at Pittsburgh, upon Motion of Quicken Loans Inc., it is

  **ORDERED THAT:** The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is granted and modified with respect to the subject premises located at 511 N 4Th St, Apollo, PA 15613 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure.  Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____
United States Bankruptcy Judge   vas

Logan Robert Nale
152 Dorothy Dr
Pittsburgh, PA 15235-1826

Aurelius P. Robleto Esq
Three Gateway Center
401 Liberty Avenue Suite 1306
Pittsburgh, PA 15222
apr@robletolaw.com

Rosemary C. Crawford
P.O. Box 355 (VIA ECF)
Allison Park, PA 15101


KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Logan Robert Nale
    Debtor

Case No. 17-24089-TPA
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: lkat     Page 1 of 1     Date Rcvd: Jan 22, 2018
                      Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 24, 2018.
db         Logan Robert Nale,    152 Dorothy Dr,    Pittsburgh, PA 15235-1826

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2018                                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 22, 2018 at the address(es) listed below:
            Aurelius P. Robleto    on behalf of Debtor Logan Robert Nale apr@robletolaw.com,
      rmk@robletolaw.com,mdg@robletolaw.com,apr@ecf.courtdrive.com
            James   Warmbrodt    on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com
            Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
            Rosemary C. Crawford    crawfordmcdonald@aol.com, PA68@ecfcbis.com
            S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
      srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                         TOTAL: 5